# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16cr136-AJB   2016 JAN 28  PM 4: 10 |
| Plaintiff, | |
| vs. | |
| Tina Ann Vasquez | JUDGMENT OF DISMISSAL |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_x_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or
___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense(s) as charged in the Indictment :

   21:841(a)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 1/28/2016

Hon. Jan M. Adler
United States  Magistrate Judge